

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01075-CV

**IN THE INTEREST OF B.J.S.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00546
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's order of termination signed on December 14, 2023, and we REMAND the cause to the trial court for further proceedings and to render orders regarding J.R. and B.L.S.'s conservatorship rights. No costs are assessed in this appeal.

SIGNED June 5, 2024.

Luz Elena D. Chapa, Justice